IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN HOWE

    Plaintiff,

    v.                                     Case No. 17-19

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On judicial remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to offer Plaintiff an opportunity for a hearing and issue a new decision that reevaluates the medical opinions of record and

reassesses Plaintiff's residual functional capacity. If warranted, the ALJ may obtain vocational evidence regarding Plaintiff's ability to do his past relevant work or make a successful adjustment to other work.

SO ORDERED this 18th day of July, 2017.

_____
STEPHEN L. CROCKER
MAGISTRATE JUDGE